Monday, December 10, 2018 at 8:45:41 PM Eastern Standard Time

**Subject:** Projects
**Date:** Tuesday, October 3, 2017 at 1:25:20 PM Eastern Daylight Time
**From:** Ben Quirk
**To:** Chrystal Ulferts, Ashley Giaquinta
**CC:** Rhonda Yongue, Kati Baldwin, Shawna Matonis, Jonathan Shivers

Hi all,

Shawna is going to stay 1099. While we still love her and absolutely want her to be a part of the team, we need to move a couple of projects around.

Below is what I think makes the most sense based on client personalities. I'll forward you an invite for a hand off meeting. If you have questions or concerns, please ping me.

Thanks!
Ben

| | | |
|---|---|---|
| Academic Urology | MIPS 2017 support- ENTIRE YEAR | Chrystal |
| Academic Urology | MIPS Dashboard Set Up | Chrystal |
| Crystal Clinic Inc. | MIPS 2017 support- ENTIRE YEAR | Ashley |
| Crystal Clinic Inc. | MIPS Setup | Ashley |
| Illinois Gastroenterology Group^ (NE) | MIPS 2017 support- ENTIRE YEAR | Ashley |
| Illinois Gastroenterology Group^ (NE) | October 2017 Support - Flat Fee | Ashley |
| NW Endo Center (NE) | NG Implementation Assistance | Ashley |
| Sannford Roumm & Acharya | MIPS 2017 support- ENTIRE YEAR | Chrystal |
| Sannford Roumm & Acharya | MIPS Management Solution - Set Up Flat Fee | Chrystal |