**From:** Ben Quirk [mailto:Ben.Quirk@careoptimize.com]
**Sent:** Tuesday, July 10, 2018 6:45 PM
**To:** Michael Clancey <Michael.Clancey@azuracare.com>
**Cc:** Shawna Matonis <Shawna.Matonis@careoptimize.com>; Jonathan Shivers <Jonathan.Shivers@careoptimize.com>
**Subject:** [EXTERNAL EMAIL] RE: Upset and Disappointed

**NOT an FMCNA email - External email**

Hi Mike,

I certainly had no intention to mislead you. As you state, there is no gain from doing so.

I've had long conversations with Jonathan and Shawna this afternoon to piece this together. Below are the facts as I've been able to uncover them:

Shawna is the last team member operating under a contractor arrangement, which is due to the tremendous value she brings and her tenure with us. I mentioned this as a contractor arrangement does not have the same type of controls and documentation we would have with an employee in a similar arrangement.

With cybersecurity issues being increasingly of concern, our contracts are more and more only allowing employees. Jonathan had been working out an employee arrangement with Shawna for about nine months, but around June 1st those conversations ended. Jonathan's recollection is that Shawna told him that this was due a doctor's recommendation. Shawna explained this afternoon that her decision was due to stress and other factors.

Shawna clarified this afternoon that she has no health issues which will impede her ability to meet client requests. We have not ended her contract and plan to continue our relationship with her indefinitely. Shawna is absolutely still available and can be your point of contact.

I hope that helps to clarify. Please let me know when we can discuss further by phone.

Ben


**From:** Michael Clancey [mailto:Michael.Clancey@azuracare.com]
**Sent:** Tuesday, July 10, 2018 4:20 PM
**To:** Ben Quirk <Ben.Quirk@careoptimize.com>; Jonathan Shivers <Jonathan.Shivers@careoptimize.com>
**Subject:** Upset and Disappointed

Gentlemen,

I am extremely disappointed and upset to learn that it appears you have not been upfront with me regarding the Shawna Matonis situation. Jonathan explained to me that Shawna was having some personal challenges. Nothing life threatening, he said, but she needed to take some time off. He further explained she has dealt with this before and it just pops up from time to time and that it is unfortunate

that it affects clients.  He said Ashley will jump in and take over with Ben's assistance.  He said he didn't want to betray Shawna and share medical information.

Well, my team and I have developed a great working relationship with Shawna over the last year or so.  So last week, I decide to call Shawna to wish her a great 4th of July holiday.  As the conversation progressed, you can imagine my surprise to find out there is in fact nothing personal going on with Shawna that needed her to take some time.  Nothing personal or nothing medical going on at all.  I got upset, disappointed and angry.  Why would you fabricate such a story?  Why would you falsely tell me, or anyone for that matter, that Shawna is have personal medical problems.  Why would you spread false information about her to others.  Isn't that betraying her?  What is the point?

I took a couple of days to think this through.  Nothing has changed.  I remain astonished and disappointed with your tactics and do not understand what the purpose of this whole story was.  This has eroded the trust and credibility you have earned over the years of our companies working together.  And quite honestly I am not sure I want to continue working with you in the future.

I would like to have you help me understand what this is all about and why it even happened.  I am happy to get on a call and talk about this if you would prefer.  This is such a shame and didn't need to happen.

Respectfully,

Mike

**Michael Clancey**
Vice President of Information Services

Azura Vascular Care
40 Valley Stream Parkway
Malvern, PA 19355
P: 484-913-2669
F: 610-482-9723

AzuraVascularCare.com

WARNING: This email originated outside of our organization. Even if this looks like a company email, it is not.
DO NOT provide your username, password, or any other personal information in response to this or any other email.
WE WILL NEVER ask you for your username or password via email.
DO NOT CLICK links or attachments unless you are positive the content is safe.
IF IN DOUBT about the safety of this message, please contact Technical Support.