**Friday, December 28, 2018 at 12:26:56 PM Eastern Standard Time**

**Subject:** Client Solicitation
**Date:** Tuesday, August 14, 2018 at 12:40:19 PM Eastern Daylight Time
**From:** Ben Quirk
**To:** smatonis.caliber@gmail.com
**CC:** Joseph De Vera

Shawna,

Your actions clearly violate the non-solitication provision in your agreement with CareOptimize. We will be responding.

Further solicitation of CareOptimize clients will result in further damages.

Govern yourself accordingly.

Ben