**From:** Michael Clancey <Michael.Clancey@azuracare.com>
**Date:** Wednesday, August 15, 2018 at 9:19 AM
**To:** Ben Quirk <Ben.Quirk@careoptimize.com>
**Cc:** Rhonda B Palumbo <Rhonda.Palumbo@azuracare.com>, "smatonis.caliber@gmail.com" <smatonis.caliber@gmail.com>, Joseph De Vera <jdevera@caremax.net>
**Subject:** RE: Your Contract

Ben,

I have no intention of getting legal involved at this point.  I am surprised we have gotten this far down that path so quickly.

I am unaware of any breaches I am making with any agreement I have signed with you.  If I am in breach, I will rectify that.  If you would kindly point out where I am in breach I would certainly appreciate it.  After I review the potential breach situation I will respond.

As of now, if your intention is to have a meeting today with legal involved I will not attend.

Best regards,

Mike


**From:** Ben Quirk [mailto:Ben.Quirk@careoptimize.com]
**Sent:** Tuesday, August 14, 2018 5:03 PM
**To:** Michael Clancey <Michael.Clancey@azuracare.com>
**Cc:** Rhonda B Palumbo <Rhonda.Palumbo@azuracare.com>; smatonis.caliber@gmail.com; Joseph De Vera <jdevera@caremax.net>
**Subject:** [EXTERNAL EMAIL] Re: Your Contract

**NOT an FMCNA email - External email**
I'll send you an invite for 11. Rhonda, you will want to join as this activity breaches agreements we have with both Azura and Shawna Matonis.

On Aug 14, 2018, at 2:15 PM, Michael Clancey <Michael.Clancey@azuracare.com> wrote:

Hi Ben,

I have availability tomorrow between 10 -12 and 2-4.  Will something in either of those time blocks work?

Thanks,

Mike

**From:** Ben Quirk [mailto:Ben.Quirk@careoptimize.com]
**Sent:** Tuesday, August 14, 2018 12:29 PM
**To:** Michael Clancey <Michael.Clancey@azuracare.com>
**Cc:** Rhonda B Palumbo <Rhonda.Palumbo@azuracare.com>; smatonis.caliber@gmail.com; Joseph De Vera <jdevera@caremax.net>
**Subject:** [EXTERNAL EMAIL] FW: Your Contract

**NOT an FMCNA email - External email**

Mike, we need to talk. Please let me know your availability.