Thursday, September 20, 2018 at 5:35:09 PM Eastern Daylight Time

**Subject:** Fwd: Scanning function question
**Date:** Thursday, September 20, 2018 at 5:33:57 PM Eastern Daylight Time
**From:** Shawna Matonis
**To:** smatonis.caliber@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** "Lesley" <lesley@centerforeyecare.com>
> **Date:** September 10, 2018 at 11:13:28 AM EDT
> **To:** <Happyohana@sbcglobal.net>
> **Subject: FW: Scanning function question**
>
> ---
>
> **From:** Ben Quirk [mailto:Ben.Quirk@careoptimize.com]
> **Sent:** Monday, September 10, 2018 10:50 AM
> **To:** rhonda.yongue.caliber@gmail.com; laura@centerforeyecare.com; lesley@centerforeyecare.com
> **Cc:** Joseph De Vera
> **Subject:** FW: Scanning function question
>
> Please note that both Rhonda Yongue has a non solicitation agreement with our organization. Center for Excellence in Eye Care. While we are preparing litigation against the Rhonda, Shawna, Caliber, and Center for Excellence in Eye Care, please note further violations of your agreements will result in further damages. Please govern yourself accordingly.
>
> ---
>
> **From:** Laura Urdinlaiz <laura@centerforeyecare.com>
> **Sent:** Friday, September 7, 2018 10:54 AM
> **To:** rhonda.yongue.caliber@gmail.com
> **Cc:** Shawna Matonis <Shawna.Matonis@careoptimize.com>
> **Subject:** Scanning function question
>
> Hi Rhonda!
>
> Thank you again so much for your help yesterday.
>
> I have a question for you from the lady, Mari Castro, who is scanning in our medical records.
>
> She says when she chooses "Medical Records from Another provider" she is not able to put in a "future" date and time of appointment for the patient.
> I watched her yesterday and when she would scan into "Consults" she was able to do that.
> Most of these patients have just gotten an appointment so we were not seeing charts for them since I am guessing a chart is only created once we verify their insurance.
>
> Is this okay?

We just want to make sure that even though she cant put that day and time in there, those documents are still there for the techs and doctor to be able to see when that actual appointment happens. Guessing yes but want to make sure!

Thank you!

Best Regards,

**Laura Landera, J.D.**
Physician Liaison
Center for Excellence in Eye Care
Cell: 305-219-5525
www.centerforeyecare.com

WARNING: This email originated outside of our organization. Even if this looks like a company email, it is not.
DO NOT provide your username, password, or any other personal information in response to this or any other email.
WE WILL NEVER ask you for your username or password via email.
DO NOT CLICK links or attachments unless you are positive the content is safe.
IF IN DOUBT about the safety of this message, please contact Technical Support.