

# JOSEPH N. DE VERA, P.A.

8700 WEST FLAGLER STREET, SUITE 400 • MIAMI, FL 33174

## ATTORNEYS AT LAW

P. 786.200.8305 • F. 877.221.8084 • E. JDEVERA@CAREMAX.NET

August 15, 2018

Caliber RCM, LLC
Attn: Shawna Matonis
315 Brenton Lane
Medina, OH 44256

Azura Vascular Care
Attn: Legal Department
52 East Swedesford Road, Suite 110
Malvern, PA 19355

**Re:**   **Demand to Cease and Desist Business Activities**

Joseph N. De Vera, P.A. represents Care Holdings Group, L.L.C, the parent company of Care Optimize, LLC ("Care Optimize"). On or about December 29, 2015, Care Optimize executed a Consulting Agreement with Shawna Matonis, (the "Agreement"). Therein, Ms. Matonis agreed to provide certain professional services to Care Optimize on an as needed basis.

Shawna Matonis' contractual relationship with Care Optimize was subject to broad confidentiality and non-solicitation provisions, which are enforceable pursuant to applicable law. Therein, Ms. Matonis expressly agreed to "maintain in strict confidence... all information of a competitively sensitive or proprietary nature received in connection with the work performed for Care Optimize." Ms. Matonis also agreed not to "use, directly or indirectly, such Confidential Information for the benefit of any person, entity or organization other than the Care Optimize, or disclose such Confidential Information without written authorization". In the event of a breach of these duties, Care Optimize is expressly entitled to damages, a temporary restraining order, and other injunctive relief.

On or about July 2018, Shawna Matonis, acting as President of Caliber RCM ("Caliber"), breached the Agreement by providing confidential information and soliciting clients of Care Optimize, causing irreparable harm to Care Optimize.

Care Optimize hereby demands that Shawna Matonis immediately cease and desist ongoing direct violations of legal duties arising from the aforementioned breach. Care Optimize further demands that Azura Vascular Care immediately cease and desist aiding and abetting Ms. Matonis' violations. Should Ms. Matonis, Caliber RCM, LLC, and Azura Vascular Care fail to demonstrate an immediate cessation of said activities Care Optimize will take affirmative action in a court of competent jurisdiction to obtain injunctive relief, money damages, and reasonable fees and costs.

Shawna Matonis, Caliber RCM, LLC, and Azura Vascular Care may provide evidence of the timely cessation of these activities by sending documents or other communications to the undersigned at Joseph N. De Vera, P.A. 8700 W Flagler Street., Suite 400, Miami, FL 33174.

Sincerely,

JOSEPH N. DE VERA, P.A.

By: _____
Joseph N. De Vera, Esq.
For the Firm

JD/rc

Cc: Azura Vascular Care