**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| SHAWNA MATONIS, an individual,<br><br>*Plaintiff,*<br>v.<br><br>CARE HOLDINGS GROUP, L.L.C., a Delaware limited liability company, CARE OPTIMIZE, LLC, a Delaware limited liability company, JOSEPH N. DE VERA, P.A., a Florida corporation, JOSEPH N. DE VERA, an individual, BENJAMIN QUIRK, an individual, JONATHAN SHIVERS, an individual,<br><br>*Defendants,*<br><br>CARE OPTIMIZE, LLC, a Delaware limited liability company,<br><br>*Counter-Plaintiff,*<br>v.<br><br>SHAWNA MATONIS,<br><br>*Counter-Defendant.* | CASE NO: 1:19-cv-20247-RS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties jointly stipulate to the dismissal of the above styled lawsuit with prejudice, with each party bearing its own fees and costs.

Dated: June 30, 2020

By: /s/ *Christopher S. Prater*
Christopher S. Prater
Florida Bar No.: 105488
cprater@pollardllc.com

**Pollard PLLC**
100 SE 3rd Ave., Suite 601
Fort Lauderdale, FL 33394
Telephone: 954-332-2380
Facsimile: 866-594-5731
*Attorneys for Shawna Matonis*

Respectfully Submitted,

By: /s/ *Simon Ferro*
Simon Ferro
Florida Bar No. 37014
simon@theferrofirm.com

**The Ferro Law Firm, P.A.**
1 Alhambra Plaza, Suite 1225
Coral Gables, Florida 33134
Tel. (305) 448-1033
*Attorneys for Care Holdings Group, L.L.C., Joseph N. De Vera, P.A., Joseph N. De Vera, Benjamin Quirk, Jonathan Shivers, and Care Optimize, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via CM/ECF to all counsel of record in this action on this 30th day of June 2020.

By: /s/ *Christopher S. Prater*
Christopher S. Prater